IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


UNITED STATES OF AMERICA,

       Plaintiff-Respondent,

v.                                                                                   CIV 06-0343 WJ/KBM
                                                                                                             CR 02-1056 WJ

FRANK GABALDON,

       Defendant-Movant.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

      The Magistrate Judge filed her proposed findings on March 6, 2009, recommending that Defendant's that the § 2255 petition be denied and that other motions be denied as moot.  *See Doc. 53.*  She granted Defendant a generous extension in which to file his objections, which he has, but the Clerk mis-docketed them as being filed by the United States.  *See Docs. 54-57.*  I have carefully reviewed all the objections *de novo*.  They assert that the Magistrate Judge's analysis of the merits is biased and distorted.  I disagree and find the objections utterly baseless.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 53)* is ADOPTED;

2. The § 2255 petition *(see Docs. 1, 4)* is DENIED;

3. The other motions *(Docs. 51, 52)* are DENIED as moot; and

4. A final order enter concurrently herewith.

                                              UNITED STATES DISTRICT JUDGE